Certificate Number: 16339-PAE-DE-039965948

Bankruptcy Case Number: 25-12986



16339-PAE-DE-039965948

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 11, 2025, at 12:34 o'clock PM EDT, Kenneth Kondrad completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: August 11, 2025

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor